**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02685-CMA-CBS

CHARLOTTE WILLIAMS,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 6), filed October 9, 2013, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE on the merits, each party to pay her or its own attorney fees and costs.

DATED: October __10__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge